UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY RAY SAVAGE,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION,<br><br>        Defendant. | Case No. 18-cv-02806-JST (PR)<br><br>**ORDER OF TRANSFER** |

This is a civil rights case brought pro se by a state prisoner. While plaintiff has brought this as a habeas case, the action concerns the denial of his requests for family visitation. The allegations concern events that occurred at the California Health Care Facility. This prison lies with the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). This case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The Clerk shall RECLASSIFY this case as one brought under nature of suit 550 and transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: May 21, 2018

JON S. TIGAR
United States District Judge